*Samuel F. Moran* and *Louis E. Desbecker* for appellants.

*William S. Jackson,* Attorney-General (*Samuel H. Ordway* of counsel), for State Civil Service Commission, appellant.

*Simon Fleischmann* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD D. PETERS, Respondent, *v.* ROBERT B. ADAM et al., Constituting the Civil Service Commission of the City of Buffalo, Appellants.

*People ex rel. Peters* v. *Adam,* 122 App. Div. 898, affirmed.
(Argued January 7, 1908; decided January 21, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered

November 27, 1907, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel defendants to certify to the payrolls of the relator.

*Samuel F. Moran* and *Louis E. Desbecker* for appellants.

*Simon Fleischmann* for respondent.

Order affirmed; no opinion.

Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.